UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>NOAH PATRICK FIELDS,<br><br>Defendant(s). | Case No. 2:16-CR-363 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Fields*, case no. 2:16-cr-00363-JCM-GWF-1.  Noah Patrick Fields ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (ECF No. 40).  The court has examined the motion, which alleges relief due to *United States v. Davis*, 139 S. Ct. 2319 (2019).  *Id.*

The United States of America ("respondent") shall file a response within 21 days from the date of this order.  Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 40) no later than 21 days from the date of this order.  Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:20-cv-01063-JCM.

DATED May 29, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**