# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

UNITED STATES OF AMERICA

                        Plaintiff,

v.

NOAH PATRICK FIELDS,

                        Defendant.

JUDGMENT

Case Number: 2:16-CR-363 JCM (GWF)

(Related case: 2:20-cv-01063-JCM)

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 40 be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that petitioner's consecutive sentence of 84 months imprisonment for count two, use of a firearm during and in relation to "a crime of violence" in violation of 18 U.S.C. § 924(c)(1)(A) 33 be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that petitioner's consecutive sentence of 51 months imprisonment and supervised release term of 5 years for count one, aiding and abetting Hobbs Act robbery 33 be, and the same hereby is, REINSTATED.

| | |
|---|---|
| July 29, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ H. Magennis |
| | Deputy Clerk |